# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00804-CR

**Kaitlyn Lucretia Ritcherson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-11-302663, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Kaitlyn Lucretia Ritcherson filed her notice of appeal on December 3, 2013. Appellant's brief on appeal was originally due on September 5, 2014. On counsel's motion, the deadline for filing was extended to December 4, 2014. We informed appellant's counsel on December 9 that appellant's brief was overdue, and if we did not receive a satisfactory response by December 19, a hearing before the trial court would be ordered. Appellant's counsel has now filed a second motion requesting that the Court extend the time for filing appellant's brief an additional 45 days. We grant the motion for extension of time and order appellant to file a brief no later than January 20, 2015. No further extension of time will be granted. Failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 9th day of January, 2015.


Before Justices Puryear, Pemberton, and Field

Do Not Publish